No. 79–6359. WHITE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. MR. JUSTICE BRENNAN would grant certiorari.

No. 78–1756. UNITED STATES *v.* MITCHELL ET AL., 445 U. S. 535. Petition for rehearing denied.